CRIMINAL COMPLAINT
**(Electronically Submitted)**

| **United States District Court** | **DISTRICT of ARIZONA** |
|---|---|
| United States of America<br>v.<br>**Angel Arturo Laija-Dominguez**; DOB: 2006; Mexico<br>**Jorge Luis Ortega-Sanchez**; DOB: 1993; Mexico | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>26-06620MJ |

Complaint for violation of 8 U.S.C. §§ 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I), 1324(a)(1)(B)(i), 1324(a)(2)(B)(ii), 1324(a)(1)(B)(iv) and 1326(a)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

**COUNT 1:** On or about July 8, 2026, in the District of Arizona, **Angel Arturo Laija-Dominguez** and **Jorge Luis Ortega-Sanchez**, named herein as defendants and conspirators, did knowingly and intentionally combine, conspire, confederate, and agree with each other and other persons, known and unknown, to transport certain illegal aliens, including Yobani Ricardo Colon-Castellanos, Martin Garcia-Hernandez, Uriel Jesus Martinez-Cruz, and Santos De Jesus Silva-Mendoza, and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I), 1324(a)(1)(B)(i).**

**COUNT 2:** On or about July 8, 2026, in the District of Arizona, **Jorge Luis Ortega-Sanchez**, did knowing or in reckless disregard of the fact that certain aliens, including Yobani Ricardo Colon-Castellanos, Martin Garcia-Hernandez, Uriel Jesus Martinez-Cruz, Santos De Jesus Silva-Mendoza, and A.G., had not received prior official authorization to come to, enter, or reside in the United States, did bring, or attempt to bring, to the United States said aliens, in any manner whatsoever, at a place other than a designated port of entry, regardless of any official action which may later be taken with respect to such aliens, and did so for the purpose of private financial gain, and resulting in the death of any person, in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(i), 1324(a)(1)(B)(i), and 1324(a)(1)(B)(iv).**

**COUNT 3:** On or about July 8, 2026, in the District of Arizona, **Jorge Luis Ortega-Sanchez**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Phoenix, Arizona on May 22, 2026, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of **Title 8, United States Section 1326(a)**, a felony.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On July 8, 2026, in the District of Arizona (Ajo), at approximately 10:45 a.m., Border Patrol Agents (BPAs) were advised that BPAs assigned to the Motorcycle Unit broadcast information that a silver four-door sedan had loaded several suspected illegal aliens (IAs) near mile marker 15 on Federal Route (FR) 19. Earlier in the day, a live imaging sensor activated in the area showing five individuals dressed in camouflage clothing and carpet booties walking towards FR 19. The camouflage clothing was consistent with what is worn by illegal aliens while attempting to avoid detection while crossing the border. The area around mile marker 15 on FR 19 is a common pick-up area for illegal aliens. An Office of Air and Marine (AMO) asset located the vehicle, a Ford Crown Victoria, traveling eastbound on State Route (SR) 86. BPAs responded to the area and pulled behind the Ford near mile marker 118.

**Continued on next page.**

MATERIAL WITNESS IN RELATION TO THE CHARGE: Yobani Ricardo Colon-Castellanos, Martin Garcia-Hernandez, Uriel Jesus Martinez-Cruz, and Santos De Jesus Silva-Mendoza,

| Detention Requested<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL NAME and ~~TITLE~~<br>Nick Piccolo<br>Border Patrol Agent |
|---|---|
| **Sworn by telephone** x | |
| SIGNATURE OF MAGISTRATE JUDGE[1)] | DATE<br>July 9, 2026 |

[1)] See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

Reviewing AUSA: Enderle

**Continued from front page.**

Record checks on the Ford returned out of Maricopa, Arizona and BPAs did not recognize the vehicle as being common to the area. While following the Ford, BPAs observed that the driver continually tapped the brakes and was swerving in the lane. BPAs initiated a vehicle stop and the Ford yielded near the Tohono O'odham Community College. As BPAs approached the vehicle, they noticed an individual's head popping up from beneath a blanket in the backseat. The driver, identified as **Angel Arturo Laija-Dominguez**, motioned to BPAs that he was unable to lower the windows of the vehicle. BPAs opened the doors of the Ford and removed **Laija-Dominguez** and three other individuals, identified as Yobani Ricardo Colon-Castellanos, Uriel Jesus Martinez-Cruz, and Santos De Jesus Silva-Mendoza, from the backseat. BPAs asked **Laija-Dominguez** if there were any illegal aliens in the trunk of the vehicle and he nodded in response. BPAs opened the trunk and discovered two individuals, identified as **Jorge Luis Ortega-Sanchez** and Martin Garcia-Hernandez, inside. An immigration inspection was performed on **Jorge Luis Ortega-Sanchez**, Yobani Ricardo Colon-Castellanos, Martin Garcia-Hernandez, Uriel Jesus Martinez-Cruz, and Santos De Jesus Silva-Mendoza, and BPAs determined them to be citizens of Mexico illegally present in the United States. Record checks revealed that **Jorge Luis Ortega-Sanchez**, Yobani Ricardo Colon-Castellanos, Martin Garcia-Hernandez, Uriel Jesus Martinez-Cruz, and Santos De Jesus Silva-Mendoza do not possess the proper documentation to enter, pass through, or remain in the United States legally. Through further checks and interviews at the station, BPAs determined that **Jorge Luis Ortega-Sanchez** was the foot guide for the group. **Ortega-Sanchez** advised BPAs that the group had left one of the members behind because the individual was in poor health, hallucinating, and could not carry on. **Ortega-Sanchez** provided BPAs with the individuals name (A.G.), phone number, and a photograph of A.G. **Ortega-Sanchez** also provided BPAs with grid coordinates of where the group left A.G. behind. A search was conducted in the area and BPAs found A.G. deceased.

Material witness Yobani Ricardo Colon-Castellanos stated that he is a citizen of Mexico and that he was going to pay a total of $9,700 to be smuggled into the United States. He crossed the border with six other individuals, and they walked through the desert for approximately eight hours while being guided to a pick-up location by an individual in the group. The guide instructed the group to not say anything about him being a guide. During their journey, the group encountered a male in bad health who was experiencing dehydration. At the pick-up location, a large blue, Lincoln-like vehicle picked them up. The driver told the group to get in and three of them entered the passenger area while two entered the trunk. Colon-Castellanos was hiding under a blanket, and the driver was receiving directions on his phone. An air support unit was following the vehicle, and the driver repeatedly told them to get down. Colon-Castellanos overheard the driver tell someone on the phone that he had been set up. Colon-Castellanos described the driver as a light-skinned male with curly hair and white tips and no facial hair who was wearing light brown pants and a gray shirt. Colon-Castellanos was able to identify **Jorge Luis Ortega-Sanchez** as the foot guide.

Material witness Martin Garcia-Hernandez stated that he is a citizen of Mexico and that he paid 18,000 Mexican pesos to be smuggled into the United States. He was going to pay an additional $8,000 once he arrived in California. He crossed the border with six other individuals and walked through the desert while being guided to a pick-up location by an individual in the group. All the individuals in the group were receiving pin drop locations on their phones to navigate through the desert. At the pick-up location, a large, faded light blue, older vehicle arrived to pick them up. The driver opened the trunk, and Garcia-Hernandez and "Jorge" entered it before the driver closed the trunk. Three other individuals from the group entered the passenger area. The group travelled in the vehicle for approximately 30 minutes before being stopped. Garcia-Hernandez described the driver as a light-skinned young male with a thin build and curly hair. Garcia-Hernandez was shown a photo-lineup of everyone in the group that he was arrested with and was asked if he suspected anyone of being a potential foot guide. Garcia-Hernandez responded "no." Garcia-Hernandez was shown a photo of A.G., and he identified him as the individual that the group left behind in the desert.

**Continued on next page.**

**Continued from previous page.**

Material witness Uriel Jesus Martinez-Cruz stated that he is a citizen of Mexico and that he paid 17,000 Mexican pesos to be smuggled into the United States. He was going to pay an additional $10,000 once he arrived in California. He crossed the border with six other individuals, and the group was guided by cellphone through the desert to a pick-up location. At the pick-up location, a large vehicle that was possibly a Nissan Sentra arrived. Three individuals from the group entered the passenger area and two entered the trunk of the vehicle. Martinez-Cruz sat in the middle of the backseat and attempted to hide low. The group travelled in the vehicle for approximately 10 minutes before being stopped. Martinez-Cruz described the driver as a light-skinned young male with a thin build and golden-brown hair. Martinez-Cruz further stated that a man from the group was left behind because he could no longer continue and that he was behaving erratically. Through a six-pack photo lineup, Martinez-Cruz was able to identify **Jorge Luis Ortega-Sanchez** as the foot guide.

Material witness Santos De Jesus Silva-Mendoza stated that he is a citizen of Mexico and that he paid 17,000 Mexican pesos to be smuggled into the United States. He was going to pay an additional $10,000 once he arrived in California. He crossed the border with five other individuals and the guide stayed behind. The group guided themselves by using the Baboquivari Mountains and Baboquivari Peak and walked through the desert to a pick-up location. At the pick-up location, an older gray or blue sedan that was maybe a Grand Marquis arrived to pick them up. Three individuals from the group entered the passenger area and two entered the trunk of the vehicle. Silva-Mendoza sat behind the driver with two others, and they attempted to hide low. They were in the vehicle for approximately 20 minutes before being stopped. Silva-Mendoza described the driver as a light-skinned young male with a thin build and messy light hair who was wearing black pants. Silva-Mendoza stated that a man from the group was left behind because he could no longer continue. He described the man as "Angel" and stated that he was a guide that returned to Mexico shortly after crossing. Silva-Mendoza was shown a photo of A.G., and he confirmed that it was man who was left behind who he referred to as "Angel". Through a six-pack photo lineup, Silva-Mendoza was able to identify **Jorge Luis Ortega-Sanchez** as the foot guide.

After waiving his *Miranda* rights, **Angel Arturo Laija-Dominguez** stated that he made arrangements on TikTok to smuggle five illegal aliens for $800 per person. All smuggling communications were then moved to WhatsApp where **Laija-Dominguez** was provided with GPS coordinates to the pick-up locations. **Laija-Dominguez** borrowed his girlfriend's car and arrived at the pick-up location before opening the trunk and putting two illegal aliens inside. He put three other illegal aliens in the passenger compartment. **Laija-Dominguez** knew it was dangerous to place people in the trunk of his vehicle. After driving for approximately 20 minutes, **Laija-Dominguez** was pulled over and arrested. He was supposed to take the illegal aliens to an unknown location in Tucson, Arizona. After **Laija-Dominguez** consented to a search of his phone, BPAs discovered conversations with coordinators that explained that **Laija-Dominguez** would be picking up three illegal aliens and two foot guides. **Laija-Dominguez** believed the foot guides were the individuals in the trunk, **Ortega-Sanchez** and Martinez-Cruz, but was not too sure.

**Jorge Luis Ortega-Sanchez** is a citizen of Mexico. On May 22, 2026, **Ortega-Sanchez** was lawfully denied admission, excluded, deported, and removed from the United States through Phoenix, Arizona. On July 8, 2026, BPAs found **Ortega-Sanchez** in the United States at or near Ajo, Arizona, without the proper immigration documents. **Ortega-Sanchez** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.